UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JONNIE BYRD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:17-CV-209 |
| | § | |
| LIBERTY INSURANCE CORPORATION, *et* | § | |
| *al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On November 29, 2018, U.S. Magistrate Judge Diana Song Quiroga issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Defendant's Motion for Summary Judgment be granted. (Dkt. No. 22). Neither Party has filed objections to the Report and Recommendation.

Having found no plain error in the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation as the findings of the Court. Accordingly, Defendant's Motion for Summary Judgment (Dkt. No. 16) is **GRANTED**, and this case and all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** January 14, 2019.

Marina Garcia Marmolejo
United States District Judge